IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEBAR VERNER, Inmate #28953-044,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | )   **CIVIL NO. 05-750-JPG** |
| **GERALD McCUAN, DANNY GUINED, TERRY BAKKE, RANDY J. DAVIS, MICHAEL K. NALLEY, and HARLEY G. LAPPIN,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**GILBERT, District Judge:**

    Currently pending before the Court is Plaintiff's motion to expedite the complaint (Doc. 9). The Court has completed its threshold review of the case and has ordered service upon Defendant McCuan. Accordingly, Plaintiff's motion (Doc. 9) is **DENIED**.

    **IT IS SO ORDERED.**

    **Dated: Dddddd**

                                                    **s/ J. Phil Gilbert**
                                                    **U. S. District Judge**