IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABAR VERNER, Inmate #28953-044,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 05-750-JPG |
| | ) |
| **GERALD McCUAN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

The Seventh Circuit Court of Appeals dismissed the appeal from this action because Plaintiff failed to tender his appellate filing fee of $455 or, in the alternative, to seek leave to proceed *in forma pauperis* on appeal. In their mandate (Doc. 26) the Seventh Circuit directed the Clerk of this court to collect that appellate filing fee from Plaintiff's trust fund account "using the mechanism of Section 1915(b)." Plaintiff has not submitted a copy of his prison trust fund account activity. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court.

**IT IS SO ORDERED.**

Dated: October 25, 2006

                                                      s/ J. Phil Gilbert
                                                      **U. S. District Judge**