# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LABAR VERNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No.  05-750-JPG-PMF |
| | ) | |
| GERALD MCCUAN, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case is before the Court on a sua sponte recommendation of dismissal without prejudice for lack of service of process. Plaintiff filed this *Bivens* action in October, 2005. In May, 2006, the U.S. Marshals Service was appointed to serve process. Summons was sent to the Attorney General and personal service was attempted on the defendant, without success.

Rule 4(m) of the Federal Rules of Civil Procedure provides that, if service is not made within 120 days, the court shall dismiss without prejudice as to that defendant or direct that service be effected within a specified time, provided that if there is a showing of good cause, the time for service shall be extended for an appropriate period. Fed. R. Civ. P. 4(m). The deadline for completing service of process was extended for an appropriate period – through April 27, 2007. The extended service deadline has expired and defendant Gerald McCuan has not been served.

IT IS RECOMMENDED that this action be dismissed without prejudice for lack of service of process.

**SUBMITTED:**  May 16, 2007  .

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**