UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LABAR VERNER,

    Plaintiff,

v.

GERALD MCCUAN,

    Defendant.

Case No. 05-cv-750-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to serve any defendant,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

**DATED:** June 25, 2007                                        s/Brenda K. Lowe

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**